Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

United States Courts
Southern District of Texas
FILED

SEP 29 2017

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| Robert Mitchell Harrison | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |
| -v- | ) ) ) |
| Harris Health Care Administration And P.A. | ) ) ) ) ) |
| *Defendant(s)* | ) ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |

Case No. _____
_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT miTchELL HARRiSON |
| All other names by which you have been known: | |
| ID Number | O1156522 |
| Current Institution | ~~1200~~ HARRis COUNTY JAiL |
| Address | 1200 BAKER |
| | Houston          TX          77002 |
| | *City*          *State*          *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HARRis HEAlTH CARE Administrator and PA |
| Job or Title *(if known)* | medical Administrator and Physicians Assistant |
| Shield Number | unknown |
| Employer | Harris Health Care |
| Address | 1200 Baker St. 1st floor |
| | Houston          Texas          77002 |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity     ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*deprivation of right to be protected from Harm by the hypocratic oath*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.  **Prisoner Status**  *Administrator and medical staff would not provide me with correct medication priscribed by Doctors at Ben Taub Hospital including pain medication despite two heartattacks within 2 week period*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ *RH* Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose. *after suffering two heartattacks in two week period when I was brought back I was moved to another tank due to clerical error which caused a delay in my meds coming on the med then I was moved back to my original tank causing another delay as my meds were again switched to another tank causing me to be without meds about 6 days following my second heartattack. Then when I did get meds they were not the meds priscribed to me at the hospital now I am recieving 3 of the proper meds but I am still not recieving the fourth which is Tylenol 3 for pain the medication they are giving me is highly inneffective*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

on or around Sept, 17 of 2017 I suffered the 2nd heartattack while in custody I was taken to Ben Taub and then returned to Custody of Harris County Jail on or around Sept 20 where I recieved no meds for over 6 days and was in constant pain

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I suffered two heartattacks in two weeks. ypon returning I was moved to a very violent part of this Jail (The 6th floor) where I recieved no meds for about 4 days then moved back to the 2nd floor where I did not recieve meds for 2 days despite still being in pain. detention staff and medical staff would'nt help me at all, now I am getting everything but the pain medication. Tylenol 3, a non-narcotic has been given to me that is no effective

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Chronic pain in chest area

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want to get the pain medication that was ordered by the Doctors at Ben Taub General Hospital, as far as actual or punitive damages. I will not have an acurate accounting of all of that untill I find out if additional stays at hospital will be necessary in a future date.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail 1200 Baker st Huston, Texas 77002

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

claims of negligence to give meds within 6 days and refused to give proper pain meds -

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Harris County Jail

2.    What did you claim in your grievance?

that medical staff was neglegant in insuring that I would relieve my meds in less than 6 days to insure that I would'nt have another attack and that they still have not given me proper pain meds

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

No, In Harris County Jail there is no appeal process

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

NA

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NA

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. There really is no other process available to use here except the grievance procedure and the 1983

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____NA_____

Defendant(s) _____NA_____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____NA_____

3.   Docket or index number

_____NA_____

4.   Name of Judge assigned to your case

_____NA_____

5.   Approximate date of filing lawsuit

_____NA_____

6.   Is the case still pending?

NA { ☐ Yes

☐ No

If no, give the approximate date of disposition. _____NA_____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____NA_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)      NA

Defendant(s)     NA

2.   Court *(if federal court, name the district; if state court, name the county and State)*

NA

3.   Docket or index number

NA

4.   Name of Judge assigned to your case

NA

5.   Approximate date of filing lawsuit

NA

6.   Is the case still pending?

NA ☐ Yes

☐ No

If no, give the approximate date of disposition     NA

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

NA

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   9|26|17

Signature of Plaintiff   *Robert Harrison*
Printed Name of Plaintiff   ROBERT HARRISON
Prison Identification #   01156522
Prison Address   Harris County Jail 1200 Baker St

Houston               Texas        77002
        *City*                    *State*        *Zip Code*

### B.   For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____

      *City*                    *State*        *Zip Code*

Telephone Number   _____
E-mail Address   _____

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: ROBERT HARRISON

SPN: 01156522    Cell: 2A1B

Street 1200 BAKER

HOUSTON, TEXAS 77002



aramark

**INDIGENT**

United States Courts
Southern District of Texas
FILED

SEP 29 2017

David J. Bradley, Clerk of Court

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002   $ 000.88⁰
02 4W
0000334684 SEP. 28. 2017

UNITEd STATES COURThouSE

515 RuSK AVENUE

HOUSTON, TEXAS 77002

770022800 C057